UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-20358-Cr-Ungaro

UNITED STATES OF AMERICA,

vs.

CARLOS ARNOLDO LOBO,

        Defendant.
_____/

**UNITED STATES' MOTION TO VACATE**
**PRELIMINARY ORDER OF FORFEITURE [ECF No. 61]**

THE UNITED STATES OF AMERICA, (hereinafter, the "United States" or the "Government") hereby moves to vacate the Preliminary Order of Forfeiture [ECF No. 61] (hereinafter, the "Preliminary Order") entered in this case and provides the following in support of its motion:

1.    On January 9, 2015, the Court entered the Preliminary Order forfeiting the following property to the United States pursuant to 21 U.S.C. § 853(a)(1)-(2): One (1) 2006 58´ Sedan Bridge Yacht (H.I.N. SERY1388D606) with Honduran Registration "U3208380," to Include Two (2) Man Inboard Diesel Engines Mode 2848LE420 T-861, all inventory, and all personal effects (hereinafter collectively referred to as the "Property").

2.    As of the date of this Motion to Vacate, the United States has not located the Property's whereabouts, which is believed to be somewhere in Central America, in order to seize it pursuant to the Preliminary Order. Additionally, the United States is not pursuing this endeavor.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court enter its proposed Order to Vacate the Preliminary Order of Forfeiture [ECF No. 61].

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *s/Daren Grove*
_____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 812
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile: 954.356.7180

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/Daren Grove*
_____
Daren Grove
Assistant United States Attorney